IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RAFAEL RICARDO MORENO MARTINEZ                    PETITIONER
A# 246-962-658

V.                                               CIVIL NO. 5:25-cv-153-DCB-BWR

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.                        RESPONDENTS

ORDER

BEFORE THE COURT is pro se Petitioner's Motion [2] for immediate release or in the alternative a temporary restraining order and preliminary injunction. Petitioner failed to sign his Motion as required by Rule 11 of the Federal Rules of Civil Procedure. The Court will provide Petitioner one opportunity to correct this deficiency. Accordingly, it is hereby,

ORDERED that if Petitioner would like his Motion for immediate release or in the alternative a temporary restraining order and preliminary injunction to remain filed, Petitioner is required, on or before February 11, 2026, to sign his Motion [2] and file a signed version with the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order along with a copy of Petitioner's Motion [2] to Petitioner at his address of record.

The Court warns Petitioner that his failure to advise this Court of a change of address or his failure to fully comply with this Order or any Order of this Court in a timely manner will result in the dismissal of this case.

THIS the 12th day of January, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE