IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RAFAEL RICARDO MORENO MARTINEZ,                                    PETITIONER
A# 246-962-658

v.                                              CIVIL NO. 5:25-cv-153-DCB-BWR

WARDEN, Adams County Correctional Center                           RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Rafael Ricardo Moreno Martinez's (Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

On January 12, 2026, the Court entered three Orders in this case. The first Order [3] directed Petitioner to complete, sign, and file a Petition form for habeas corpus relief under § 2241. Petitioner complied [8] and named the Warden of the Adams County Correctional Center as the Respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) ("[T]he proper respondent is the warden of the facility where the [petitioner] is being held, not the Attorney General or some other remote supervisory official."). The second Order [4] directed Petitioner to either pay the filing fee or file a completed motion for leave to proceed *in forma pauperis*. Petitioner complied by paying the filing fee. The third Order [5] directed Petitioner to sign his Motion [2] for immediate release or in the alternative a temporary restraining order and preliminary injunction and to return it to the Clerk for filing. On February 6, 2026, Petitioner complied and filed a signed version [9] of this Motion [2]. After review of Petitioner's filings, the Court finds that Respondent Warden of Adams County Correctional Center shall respond to the Petition.

**IT IS THEREFORE ORDERED** that pursuant to Petitioner's Amended Petition [8], the Clerk of Court is directed to edit the docket to reflect that the sole Respondent is Warden, Adams County Correctional Center.

**IT IS FURTHER ORDERED** that Petitioner's unsigned Motion [2] is terminated as a motion on the docket. Petitioner filed a signed version of this Motion on February 6, 2026, and it is pending before the Court, *see* Motion [9].

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondent shall respond to the Petitions [1],[8] and to Petitioner's two Motions that are pending on the docket as Motion [6] and Motion [9]. Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petitions [1],[8] filed herein (without attachments), along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120. <u>The Respondent may view the Attachments to the Petition [1-1 to 1-9] and Amended Petition [8-1], and Petitioner's Motions [6],[9], along with Petitioner's Memorandum in Support [7] via the Court's CM/ECF System</u>.

The Court warns Petitioner that his failure to timely comply with any Order of this

Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 20th day of February, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE